```
 1
 2
 3
 4
 5
 6
 7
 8                     UNITED STATES DISTRICT COURT
 9                    EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,
12              Plaintiff,
13        v.                         CR. NO. S-05-457 LKK
14  JOSEPH SAUER,
15              Defendant.
                                   /
16  UNITED STATES OF AMERICA,
17              Plaintiff,
18        v.                         CR. NO. S-05-458 FCD
19  DONALD SAUER,
20              Defendant.
                                   /
21
    UNITED STATES OF AMERICA,
22              Plaintiff,
23
          v.                         CR. NO. S-05-459 EJG
24
    JAMISON STARR,                   RELATED CASE ORDER
25
                Defendant.
26                                 /
```

1     Examination of the above-entitled criminal actions reveals
2 that the three (3) actions are related within the meaning of Local
3 Rule 83-123, E.D. Cal. (1997).  The actions arise out of the same
4 transaction or series of transactions, and would therefore entail
5 a substantial duplication of labor if heard by different judges.
6 Accordingly, the assignment of the matters to the same judge is
7 likely to effect a substantial savings of judicial effort and is
8 also likely to be convenient for the parties.
9     The parties should be aware that relating the cases under
10 Local Rules 83-123 merely has the result that the three actions are
11 assigned to the same judge; no consolidation of the actions is
12 effected.  Under the regular practice of this court, related cases
13 are generally assigned to the judge to whom the first filed action
14 was assigned.
15     IT IS THEREFORE ORDERED that the actions denominated CR. NO.
16 S-05-458 FCD and CR. NO. S-05-459 EJG be, and the same hereby
17 are, reassigned to Judge Lawrence K. Karlton for all further
18 proceedings.  Henceforth the caption on all documents filed in the
19 reassigned cases shall be shown as CR. NO. S-05-458 LKK and CR. NO.
20 S-05-459 LKK, respectively.
21 ////
22 ////
23 ////
24 ////
25 ////
26 ////

1    IT IS FURTHER ORDERED that the Clerk of the Court make
2 appropriate adjustment in the assignment of criminal cases to
3 compensate for this reassignment.
4    DATED: November 7, 2005.

```
                                /s/Lawrence K. Karlton
                                LAWRENCE K. KARLTON
                                SENIOR JUDGE
                                UNITED STATES DISTRICT COURT
```