ZENIA K. GILG, SBN 171922
809 Montgomery Street, 2nd Floor
San Francisco CA 94133
Telephone 415/394-3800
Fax       415/394-3806

Attorney for Defendant
DONALD SAUER

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR S 05-458 LKK |
| Plaintiff, | |
| v. | STIPULATION AND ORDER TO EXTEND DATE FOR <u>FILING PROPERTY BOND</u> |
| DONALD SAUER, | |
| Defendants. | |

THE PARTIES HEREBY STIPULATE AND AGREE that the date for posting of property bond in the above entitled case, and on behalf of defendant Donald Sauer, be extended to November 17, 2005.

| /S/KAREN ANN ESCOBAR | /S/ZENIA GILG |
|---|---|
| MATTHEW SEGAL | ZENIA K. GILG |
| Assistant U.S. Attorney | Attorney for Defendant |
| Dated: 11/14/05 | Dated: 11/14/05 |

**IT IS SO ORDERED.**

DATED: November 14, 2005.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.criminal/sauer0458.ord