```
 1  MCGREGOR W. SCOTT
    United States Attorney
 2  MATTHEW D. SEGAL
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California 95814
 4  Telephone: (916) 554-2708

 5

 6                  IN THE UNITED STATES DISTRICT COURT

 7               FOR THE EASTERN DISTRICT OF CALIFORNIA

 8

 9  UNITED STATES OF AMERICA,    )      CASE NO. S 05-457 LKK
                                 )
10            Plaintiff,         )
                                 )
11       v.                      )
                                 )
12  JOSEPH SAUER,                )
                                 )
13            Defendant.         )

14

15  UNITED STATES OF AMERICA,    )      CASE NO. S 05-458 LKK
                                 )
16            Plaintiff,         )
                                 )
17       v.                      )
                                 )
18  DONALD SAUER,                )
                                 )
19            Defendant.         )
                                 )
20

21  UNITED STATES OF AMERICA,    )      CASE NO. S 05-459 LKK
                                 )
22            Plaintiff,         )
                                 )
23       v.                      )
                                 )
24  JAMISON STARR,               )
                                 )
25            Defendant.         )
    _____)
26

27                        **ORDER EXCLUDING TIME**

28       The Court orders that in each of the above-captioned cases the
```

1 time beginning November 29, 2005 and extending through January 4,
2 2006 shall be excluded from the calculation of time under the Speedy
3 Trial Act.  The ends of justice are served by the Court excluding
4 such time, so that counsel for the defendants may have reasonable
5 time necessary for effective preparation, taking into account the
6 exercise of due diligence.  18 U.S.C. § 3161(h)(8)(B)(iv).
7 Specifically, counsel need time to evaluate the discovery in this
8 case.  The interests of justice served by granting this continuance
9 outweigh the best interests of the public and the defendant in a
10 speedy trial.  18 U.S.C. § 3161(h)(8)(A).
11      The Court further finds that a second, independently sufficient
12 reason for a time exclusion in the case of Defendant Donald Sauer
13 (Crim No. 05-458 LKK), in that there are filed pretrial motions
14 awaiting hearing or other prompt disposition by the Court.  18
15 U.S.C. § 3161(h)(8)(F).

**SO ORDERED.**

DATE: December 5, 2005

/s/ Lawrence K. Karlton
HON. LAWRENCE K. KARLTON
U.S. District Judge