```
 1 │ MCGREGOR W. SCOTT
   │ United States Attorney
 2 │ MATTHEW D. SEGAL
   │ Assistant U.S. Attorney
 3 │ 501 I Street, Suite 10-100
   │ Sacramento, California 95814
 4 │ Telephone: (916) 554-2708
 5 │
 6 │            IN THE UNITED STATES DISTRICT COURT
 7 │           FOR THE EASTERN DISTRICT OF CALIFORNIA
 8 │
 9 │ UNITED STATES OF AMERICA,    )    CASE NO. S 05-457 LKK
   │                              )
10 │           Plaintiff,         )
   │                              )
11 │      v.                      )
   │                              )
12 │ JOSEPH SAUER,                )
   │                              )
13 │           Defendant.         )
14 │
15 │ UNITED STATES OF AMERICA,    )    CASE NO. S 05-458 LKK
   │                              )
16 │           Plaintiff,         )
   │                              )
17 │      v.                      )
   │                              )
18 │ DONALD SAUER,                )
   │                              )
19 │           Defendant.         )
   │                              )
20 │
21 │ UNITED STATES OF AMERICA,    )    CASE NO. S 05-459 LKK
   │                              )
22 │           Plaintiff,         )
   │                              )
23 │      v.                      )
   │                              )
24 │ JAMISON STARR,               )
   │                              )
25 │           Defendant.         )
   │ _____)
26 │
27 │                       **ORDER EXCLUDING TIME**
28 │      The Court orders that in each of the above-captioned cases the
```

1

1  time beginning February 22, 2006 and extending through December 31,
2  2006 shall be excluded from the calculation of time under the Speedy
3  Trial Act.  That parties have entered into deferred prosecution
4  agreements for the purpose of allowing each Defendant to demonstrate
5  his good conduct.  18 U.S.C. § 3161(h)(2); Local Code I.

**SO ORDERED.**

DATE: March 17, 2006

/s/ Lawrence K. Karlton
HON. LAWRENCE K. KARLTON
U.S. District Judge