ZENIA K. GILG, SBN 171922
809 Montgomery Street, 2nd Floor
San Francisco CA 94133
Tel 415/394-3800
Fax 415/394-3806

Attorney for Defendant
DONALD SAUER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>DONALD SAUER,<br><br>   Defendant.                / | No. CR S 05-458 LKK<br><br>STIPULATION AND ORDER TO RETURN DEFENDANT <u>DONALD SAUER'S PASSPORT</u> |

    IT IS HEREBY STIPULATED AND AGREED between parties that Defendant Donald Sauer's passport be returned to him.  Pretrial Services Officer Gina Faubion has no objection to this proposed order since defendant's case has been referred to diversion.  Defendant will continue to communicate with Pretrial Services before making any travel plans.

Dated: April 14, 2006           /S/ZENIA K. GILG
                                ZENIA K. GILG
                                Attorney for DONALD SAUER


Dated: April 14, 2006           /S/MATTHEW SEGAL
                                MATTHEW SEGAL
                                Assistant U.S. Attorney


   **IT IS SO ORDERED.**

   Dated: April 20, 2006        /s/ Lawrence K. Karlton
                                HONORABLE LAURENCE K. KARLTON
                                U.S. District Court Judge