```
 1  MCGREGOR W. SCOTT
    United States Attorney
 2  MATTHEW D. SEGAL
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California 95814
 4  Telephone: (916) 554-2708
 5
 6                IN THE UNITED STATES DISTRICT COURT
 7                FOR THE EASTERN DISTRICT OF CALIFORNIA
 8
 9  UNITED STATES OF AMERICA,    )    CASE NO. S 05-457 LKK
                                 )
10             Plaintiff,        )
                                 )
11      v.                       )
                                 )
12  JOSEPH SAUER,                )
                                 )
13             Defendant.        )
14
15  UNITED STATES OF AMERICA,    )    CASE NO. S 05-458 LKK
                                 )
16             Plaintiff,        )
                                 )
17      v.                       )
                                 )
18  DONALD SAUER,                )
                                 )
19             Defendant.        )
                                 )
20
21  UNITED STATES OF AMERICA,    )    CASE NO. S 05-459 LKK
                                 )
22             Plaintiff,        )
                                 )
23      v.                       )
                                 )    ORDER
24  JAMISON STARR,               )
                                 )
25             Defendant.        )
    _____)
26
27       Pursuant to the Diversion Agreements in these cases, the United
28  //
```

States requests leave of court to dismiss the charges against each case.  Fed. R. Crim. P. 48(a).

```
                                    Respectfully Submitted,
                                    McGREGOR W. SCOTT
                                    United States Attorney


DATED:  January 4, 2007       By:    /s/ Matt Segal
                                    MATTHEW D. SEGAL
                                    Assistant U.S. Attorney
```

**SO ORDERED.**

DATE: January 4, 2007           _____
                                LAWRENCE K. KARLTON
                                SENIOR JUDGE
                                UNITED STATES DISTRICT COURT